# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM CASTILLO, | ) | No. ED CV 10-829-R (PLA) |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| K. HARRINGTON, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED: June 10, 2010

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE